## ARMSTRONG v. CATLIN.

*Appeal from Des Moines District Court* — *Thursday, Oct. 20.*

### DEFAULT: JURY TRIAL.

THE opinion of the court was announced by—

WRIGHT, Ch. J. — Defendant being in default, claimed the right to a jury trial in the assessment of plaintiff's damages. That there was no error, in denying this claim, see *Wilkins* v. *Treynor*, 14 Iowa, 391; *Loeber* v. *Delahaye*, 7 Id., 478; *Cook* v. *Walters*, 4 Id., 72; *Carlton* v. *Byington, ante.*

Affirmed with three per cent damages.

*M. D. Browning* for the appellant — *C. B. Darwin* for the appellee.